# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $6.00

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

Certificate number: P 22856459

*Maryanne Bowes*
Local Registrar

Date Issued: MAY 17 2016

## CERTIFICATE OF DEATH
COMMONWEALTH OF PENNSYLVANIA – DEPARTMENT OF HEALTH – VITAL RECORDS

1. Decedent's Legal Name: Gail R. Anderson
2. Sex: Female
3. Social Security Number: 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
4. Date of Death: May 15, 2016
5a. Age Last Birthday (Yrs): 73
6. Date of Birth: April 3, 1943
7a. Birthplace (City and State or Foreign Country): Norristown, Pennsylvania
7b. Birthplace (County): Montgomery
8a. Residence (State): Pennsylvania
8b. Residence (Street and Number): 11 King Street
8c. Did Decedent Live in a Township?: Yes
8d. Residence (County): Chester
8e. Residence (Zip Code): 19335
8f. Was Decedent lived within limits of: Downingtown, city/boro
9. Ever in US Armed Forces?: No
10. Marital Status at Time of Death: Widowed
12. Father's Name: Harold Smith
13. Mother's Name Prior to First Marriage: Beryl Rodabaugh
14a. Informant's Name: Stacey J Howington
14b. Relationship to Decedent: Daughter
14c. Informant's Mailing Address: 11 King Street, Downingtown, Pennsylvania 19335
15. Place of Death: Decedent's Home
15b. Facility Name: 11 King Street
15c. City or Town, State, and Zip Code: Downingtown, Pennsylvania 19335
15d. County of Death: Chester
16a. Method of Disposition: Cremation
16b. Date of Disposition: 5/18/2016
16c. Place of Disposition: Good Earth Cremation
17b. License Number: 042082C
16d. Location of Disposition: Downingtown, Pennsylvania 19335
17a. Name and Complete Address of Funeral Facility: James L. Terry Funeral Home

21. Decedent's Single Race Self-Designation: ☒ White
22a. Decedent's Usual Occupation: Supervisor
22b. Kind of Business/Industry: Manufacturing

23a. Date Pronounced Dead: 5/15/16
23d. Date Signed: 5/15/16
24. Time of Death: 11:31 pm

## CAUSE OF DEATH

26. Part I.
Immediate Cause: a. Gallbladder Cancer — Approximate Interval: 18 months

31. Manner of Death: ☒ Natural

Certifier: Sandra Untalah, M.D.
255 W. Lancaster Ave.
Paoli, PA 19301
License Number: MDH39886
39c. Date Signed: 5/16/2016

41. Registrar's Signature: *Maryanne Bowes*
42. Registrar File Date: May 17, 2016

40. Registrar Number: 15-164

Disposition Permit No.: 1326909

EXHIBIT 4

# Pennsylvania Last Will and Testament
## of

Gail R Anderson

Pursuant to Title 20 (Decedents, Estates, and Fiduciaries)

I, Gail R Anderson, resident in the City of Chester, County of Pennsylvania, State of Pennsylvania being of sound mind, not acting under duress or undue influence, and fully understanding the nature and extent of all my property and of this disposition thereof, do hereby make, publish, and declare this document to be my Last Will and Testament, and hereby revoke any and all other wills and codicils heretofore made by me.

## I. EXPENSES & TAXES

I direct that all my debts, and expenses of my last illness, funeral, and burial, be paid as soon after my death as may be reasonably convenient, and I hereby authorize my Personal Representative, hereinafter appointed, to settle and discharge, in his or her absolute discretion, any claims made against my estate.

I further direct that my Personal Representative shall pay out of my estate any and all estate and inheritance taxes payable by reason of my death in respect of all items included in the computation of such taxes, whether passing under this Will or otherwise. Said taxes shall be paid by my Personal Representative as if such taxes were my debts without recovery of any part of such tax payments from anyone who receives any item included in such computation.

## II. PERSONAL REPRESENTATIVE

I nominate and appoint Stacey J Howington, of Downingtown, County of Chester, State of Pennsylvania as Personal Representative of my estate and I request that (he/she) be appointed temporary Personal Representative if (he/she) applies. If my Personal Representative fails or ceases to so serve, then I nominate Michael L. Howington Jr of Downingtown, County of Chester, State of Pennsylvania to serve.

## III. DISPOSITION OF PROPERTY

I devise and bequeath my property, both real and personal and wherever situated, as follows:

### 1st Beneficiary

Stacey J Howington [full name], currently of 11 king st. Downingtown, Pa, 19335 [address], as my Daughter [relation] whose last four (4) digits of their Social Security Number (SSN) are xxx-xx-3957 with the following property:

Property at 11 king st. Downingtown, Pa 19335. All property within the house at 11 king st. to share with her brothers as she

**DRIVER'S LICENSE**

Pennsylvania

4d DLN: 23 897 472    DVPS: 00
3 DOB: 09/03/1972
4b EXP: 09/04/2021    4a ISS: 09/29/2017
1 HOWINGTON
2 STACEY J
8 11 KING ST
DOWNINGTOWN, PA 19335
15 SEX: F    18 EYES: BLU
16 HGT: 5-02
9 CLASS: C
9a END: NONE
12 REST: 1

# SHORT CERTIFICATE

File Number: 1520-0804

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CHESTER

I, MICHELE VAUGHN, Register of Wills, in and for the County of Chester in the Commonwealth of Pennsylvania, do hereby certify that on the 13th day of May, 2020

LETTERS TESTAMENTARY
on the Estate of:
GAIL R. ANDERSON, Deceased

were granted to:
STACEY J. HOWINGTON

having first been qualified well and truly to administer the same. I further certify that no revocation of said Letters appears of record in my office.

Given under my hand and seal of office this
13th day of May, 2020

_____
Deputy for the Register of Wills

Date of Death: 05/15/2016
Soc. Sec. No.: 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

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL

# Proof of Payment Attempts

| | |
|---|---|
| 0068216 | 11-24 / 1210(8) |
| Office AU # | |

Remitter: STACEY HOWINGTON
Operator I.D.: u354778

**CASHIER'S CHECK**  333702 9460 / 6821603794

1/2

JUN 2 5 2020

June 24, 2020

PAY TO THE ORDER OF  ***QUICKEN LOANS***    JUN 2 5 2020

***One thousand two hundred dollars and no cents***    **$1,200.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
3485 LINCOLN HWY
THORNDALE, PA 19372
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 1,200.00

*Michael Levy*
CONTROLLER

⑆6821603794⑆ ⑆121000248⑆4861 007955⑆

**Quicken Loans**
1050 Woodward Avenue | Detroit, MI 48226

## Returned Check Notice

### Loan Information

Loan Number: 3337029460
Property Address: 11 KING ST
DOWNINGTOWN, PA 19335

Notice Date: 06/29/2020

GAIL R ANDERSON
11 KING ST
DOWNINGTOWN, PA 19335

Hi, Gail,

Enclosed you will find your check ending in 3794 in the amount of $1,200.00.

We cannot accept this check for payment due to the following reason:

Did not send in full reinstatement amount

To ensure your payment is applied, you can make payments online, on the go with the Rocket Mortgage app or you can pay by phone at (800) 508-0944. It's fast, easy and free!

If you have any questions or concerns, don't forget that we're here to help. You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us at Help@QuickenLoans.com.

Sincerely,

Your Quicken Loans Team

# Quicken Loans

1050 Woodward Avenue | Detroit, MI 48226

## Returned Check Notice

### Loan Information

Loan Number: 3337029460
Property Address: 11 KING ST
DOWNINGTOWN, PA 19335

Notice Date: 06/29/2020

GAIL R ANDERSON
11 KING ST
DOWNINGTOWN, PA 19335

Hi, Gail,

Enclosed you will find your check ending in 3793 in the amount of $1,200.00.

We cannot accept this check for payment due to the following reason:

  Did not send in full reinstatement amount

To ensure your payment is applied, you can make payments online, on the go with the Rocket Mortgage app or you can pay by phone at (800) 508-0944. It's fast, easy and free!

If you have any questions or concerns, don't forget that we're here to help. You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us at Help@QuickenLoans.com.

Sincerely,

Your Quicken Loans Team

| 0068216 | 11-24 |
|---|---|
| Office AU # | 1210(6) |

Remitter:   STACEY HOWINGTON
Operator I.D.: u354778

**CASHIER'S CHECK**

2/2

3337029460
6821603793

PAY TO THE ORDER OF   ***QUICKEN LOANS***

JUN 2 5 2020

June 24, 2020

***One thousand two hundred dollars and no cents***

JUN 2 5 2020

**$1,200.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
3485 LINCOLN HWY
THORNDALE, PA 19372
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 1,200.00

*Michael Reny*
CONTROLLER

⑊"6821603793⑊" ⑉:121000248⑉:4861 0079955⑊"



Handwritten note: Valid Cashiers Checks for Total Amount due from Escrow of July 2021 payment

Cashier's Check 6795903998 — July 2, 2021 — **$14,122.00
Pay to the order of ***QUICKEN LOANS***
Fourteen Thousand One Hundred Twenty-Two and 00/100 - US Dollars
Remitter: STACEY HOWINGTON
Wells Fargo Bank, N.A., 100 W Lincoln Hwy, Exton, PA 19341

Cashier's Check 6795903757 — July 2, 2021 — **$1,100.00**
Pay to the order of ***QUICKEN LOANS***
One Thousand One Hundred and 00/100 - US Dollars
Remitter: STACEY HOWINGTON
Wells Fargo Bank, N.A., 100 W Lincoln Hwy, Exton, PA 19341