# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    **Stacey Jean Howington** | : | No. 20-12356 elf |
| | : | Chapter 12 |
| | : | |

## CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Response to Motion for Relief from Say and Certificate of Service upon those creditors and parties in interest listed on the attached Label Matrix for Local Noticing and the following:

Rebecca A. Sloarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106-1532

Respectfully submitted:

Dated: 7/7/2021

By:_____
Everett Cook, Esq.
Attorney for Debtor
Attorney I.D. #202039

LAW OFFICES OF EVERETT COOK, P.C.
ROMA CORPORATE CENTER
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

Phone: 610-351 3566
Fax: 610.351.3556
bankruptcy@everettcooklaw.com