# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stacey Jean Howington aka Stacey Howington aka Stacey J Howington<br><br>　　　　　　Debtor<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc., its successors and/or assigns<br><br>　　　　　　Movant<br>　　vs.<br><br>Stacey Jean Howington aka Stacey Howington aka Stacey J Howington<br>　　　　　　Debtor<br><br>William C. Miller, Esquire<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 20-12356 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc., which was filed with the Court on or about **June 21, 2021 (Doc. No. 82)**.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: August 16, 2021