Bankruptcy No. 20-12356-ELF

William C. Miller,

FILED
2021 SEP -9 PM 1:53
U.S. BANKRUPTCY COURT

Please do not relieve me of this obligation. I am totally caught up with my payments. I promise not to fall behind again. Due to covid related issues was out of work for some time. The lower income plus having to pay my health insurance was a struggle. I am currently back to work and have been fully vaccinated so future issues should not occur. Have even taken on a second job to help get ahead of my finances.

I tried contacting my lawyer to help with this matter have not heard back.

Please reconsider. I promise not to be late or miss a payment ever in the future.

Thank you so much for reading this!


Stacey Howington

11 king st.

Dowingtown, pa 19335

Bankruptcy NO. 20-12356-ELF