Stacey Howington
Bankruptcy # 20-12356-ELF

Please do not dismiss this bankruptcy due to extenuating circumstances.

I will be completely caught up and back on track by the last day of March. I will NOT miss another payment.

My son and his girlfriend were lost to the opioid epidemic. I had to take in my 3 grandchildren. It took sometime for Subsidized child care, and help to get started. I am now able to get caught up and back on track. I will Not miss another payment.

Please this house is the only consistent thing the kids and I have. I will NOT miss another payment.

Thank you for your time.

Stacey Howington
20-12356-ELF

FILED
FEB -8 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK