Stacey Howington
Bankruptcy # 20-12356-ELF

Please do not lift the Stay. Due to extenuating Circumstances.

This house is a home for my grandchildren, my disabled brother and myself.

I have paid the 6463.57 as of today. Will make March's payment and be back on track for April.

I also will be caught up and on time for my bankruptcy.

The lose of my son and his gulfriend. Caused major financial troubles. That is now cleared up. Subsidized daycare is in effect for the 3 children. I will not fall behind again.

Thank you for all your time.

Stacey Howington
20-12356-ELF

FILED
MAR -2 2023
TIMOTHY McGRATH, CLERK
BY

Stacey Howington
Bankruptcy #20-12356-ELF

Please do not lift the stay. Due to extenuating circumstances.

This house is a home for my grandchildren, my disabled brother and myself.

I have paid the 6463.57 as of today. Will make March's payment and be back on track for April.

I also will be caught up and on time for my bankruptcy.

The lose of my son and his girlfriend. Caused major financial troubles. That is now cleared up. Subsidized daycare is in effect for the 3 children. I will not fall behind again.

Thank you for all your time.

Stacey Howington
20-12356-ELF

FILED
MAR - 2 2023
TIMOTHY McGRATH, CLERK
BY