**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| STACEY JEAN HOWINGTON, | : | |
| Debtor | : | Bky. No. 20-12356 PMM |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A hearing is scheduled on **March 29, 2023, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider: **Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC for relief.**

2. Counsel for **Debtor, John Everett Cook, SHALL APPEAR** at the hearing.

**Date: March 15, 2023**

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**