# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Jean Howington aka Stacey Howington aka Stacey J Howington<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　Movant<br>vs. | NO. 20-12356 PMM |
| Stacey Jean Howington aka Stacey Howington aka Stacey J Howington<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this ___7th___ day of __August__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge