# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12356-PMM

STACEY JEAN HOWINGTON

11 KING ST

DOWNINGTOWN, PA 19335

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STACEY JEAN HOWINGTON

11 KING ST

DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

    JOHN EVERETT COOK
    1605 N. CEDAR CREST BLVD
    SUITE 520
    ALLENTOWN,, PA 18194-

    /S/ Kenneth E. West

Date: 10/19/2023      _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee