UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 2012356 |
| STACEY J HOWINGTON | CHAPTER 13 |
| Debtor (s) | |

### NOTICE OF CLAIM SATISFACTION

As to Claim 7 filed on 06/22/2020, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Eric Rathert
Eric Rathert
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-800-847-8899

BKNOCS (09/2022)(09/2023)