United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey Jean Howington  
    Debtor

Case No. 20-12356-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 12, 2023      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stacey Jean Howington, 11 King Street, Downingtown, PA 19335-2470 |
| 14504326 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 14504335 | + | Global Lending Service, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |
| 14504343 | | Wells Fargo Bank, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Wells Fargo Bank, N.A., P.O. Box 10438, Des Moines, IA 50306-0438 |
| 14615520 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:31:15 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14615718 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:32:11 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14512062 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:31:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504325 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:31:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14504327 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14505839 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:31:50 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio, Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14505649 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:32:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14512032 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14509794 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 20-12356-pmm    Doc 127    Filed 12/14/23    Entered 12/15/23 00:35:32    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 14504328 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:31:10 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14513463 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14504329 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2023 00:18:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 14504330 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 00:18:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 14504331 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2023 00:31:48 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14504332 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2023 00:32:12 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14504333 | | Email/Text: bknotice@ercbpo.com | Dec 13 2023 00:18:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14509710 | | Email/Text: bankruptcy@glsllc.com | Dec 13 2023 00:18:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14504336 | | Email/Text: bankruptcy@glsllc.com | Dec 13 2023 00:18:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 14504334 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2023 00:18:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14504337 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14504338 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14519675 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:31:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519235 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2023 00:31:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14504339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2023 00:31:10 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14504340 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2023 00:31:15 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14509963 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14504341 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:18:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14611325 | ^ | MEBN | Dec 13 2023 00:15:48 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504342 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 00:18:00 | Santander Consumer USA, Attn: Bankruptcy 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3544 |
| 14507306 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 00:18:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14504344 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 14513106 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:31:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 39 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14505651 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14559594 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2023            Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor QUICKEN LOANS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JOHN EVERETT COOK | on behalf of Debtor Stacey Jean Howington bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      Chapter 13
STACEY  JEAN HOWINGTON

                          Debtor                    Bankruptcy No. 20-12356-PMM

# O R D E R

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 12, 2023**　　　　　　_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　Honorable Patricia M. Mayer
　　　　　　　　　　　　　　　　　　Bankruptcy Judge